UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| ------------------------------------------- x |  |  |
|---|---|---|
|  | : |  |
| **In Re: Wirecard AG Securities Litigation** | : | No. 24-1393 |
|  | : |  |
| ------------------------------------------- x |  |  |

## STIPULATION OF DISMISSAL

WHEREAS on December 4, 2023, the District Court dismissed all claims against Defendant Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft ("EY Germany"), for lack of personal jurisdiction, *In Re. Wirecard AG Securities Litig.*, No. 2:20-cv-03326-AB (E.D. Pa. Dec. 4, 2023) ("District Court Docket"), at ECF No. 119;

WHEREAS on January 26, 2024, Lead Plaintiffs Thanh Sam and Lawrence Gallagher ("Plaintiffs-Appellants") and EY Germany stipulated that: (1) the District Court's Order dismissing the claims against EY Germany, ECF No. 119, constituted an ultimate disposition of those claims; (2) there was no just reason for delaying entry of final judgment on the claims against EY Germany; and (3) that the District Court should make the findings required under Federal Rule of Civil Procedure 54(b), for the reasons set forth in an accompanying Joint Memorandum of Law, and

1

direct entry of final judgment on the claims against EY Germany, District Court Docket, at ECF No. 123;

WHEREAS on February 1, 2024, the District Court made the findings required and entered final judgment pursuant to Federal Rule of Civil Procedure 54(b), District Court Docket, at ECF No. 124; and

WHEREAS on March 1, 2024, Plaintiffs-Appellants noticed an appeal from that final judgment, District Court Docket, at ECF No. 125;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs-Appellants and EY Germany that the above-captioned appeal is voluntarily dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b). Plaintiffs-Appellants and EY Germany shall bear their own costs in both this Court and in the District Court.

| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **WILLIAMS & CONNOLLY LLP** |
| s/Andrew S. Love | s/Craig D. Singer |
| Shawn A. Williams | Craig D. Singer (PA State Bar No. 71394) |
| Andrew S. Love | Steven M. Farina |
| Hadiya K. Deshmukh | George A. Borden |
| Jacob G. Gelman | Amanda M. MacDonald |
| Post Montgomery Center | 680 Maine Avenue, SW |
| One Montgomery Street, Suite 1800 | Washington, DC 20024 |
| San Francisco, CA 94104 | (202) 434-5000 |
| Telephone: 415/288-4545 | csinger@wc.com |
| shawnw@rgrdlaw.com | sfarina@wc.com |
| alove@rgrdlaw.com | gborden@wc.com |
| hdeshmukh@rgrdlaw.com | amacdonald@wc.com |
| jgelman@rgrdlaw.com | |

4870-6517-6497.v1

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Reed R. Kathrein<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>reed@hbsslaw.com<br><br>Steven W. Berman<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292<br>steve@hbsslaw.com<br><br>*Lead Counsel for Lead Plaintiffs Thanh Sam*<br>*and Lawrence Gallagher*<br><br>**SAXTON & STUMP**<br>Lawrence F. Stengel (PA Bar No. 32809)<br>280 Granite Run Drive, Suite 300<br>Lancaster, PA 17601<br>(717) 556-1000<br>lfs@saxtonstump.com<br><br>*Local Counsel for Lead Plaintiffs*<br><br>**SEEGER WEISS LLP**<br>Christopher A. Seeger (*pro hac vice*)<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>(212) 584-0700<br>cseeger@seegerweiss.com<br><br>*Additional Counsel for Plaintiff*<br><br>**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**<br>Peretz Bronstein | *Attorneys for Defendant Ernst & Young GmbH Wirtschaftsprüfungsgesellschaft* |

3

60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Thanh Sam*

# DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, California 94104.

2. I hereby certify that on March 25, 2024, I electronically filed the foregoing document: STIPULATION OF DISMISSAL with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

3. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

4. The virus detection program, Crowdstrike 7.06.17806.0, has been run on the file and no virus was detected.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2024, at San Francisco, California.

*s/Andrew S. Love*
ANDREW S. LOVE

4870-6517-6497.v1